1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filed 10/12/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| KEYVAN DJAFARZADEH,<br><br>Plaintiff,<br><br>v.<br><br>FRANK SICILIANO, Secretary of the Department of Homeland Security, et al.,<br><br>Defendants. | Case Number C 07-4959 JF (RS)<br><br>ORDER TO SHOW CAUSE<br><br>[re: doc. no. 1] |

Plaintiff Keyvan Djafarzadeh brings this suit pursuant to 8 U.S.C. § 1447(b), alleging excessive delay in the processing of his application for naturalization.

An applicant for citizenship must meet various statutory requirements, including sufficient periods of residency and physical presence and "good moral character." 8 U.S.C. § 1427. In determining whether an applicant meets these requirements, the Attorney General or his designee may conduct both a "personal investigation" and an "examination" of the applicant. *See* 8 U.S.C. §§ 1443(a), 1446(a)-(b). This process includes a criminal background check by the Federal Bureau of Investigation. *Khelifa v. Chertoff*, 433 F. Supp. 2d 836, 838-39 (E.D. Mich. 2006). If a decision to grant or deny an application for naturalization is not made "before the end of the 120-day period after the date on which the examination is conducted," the applicant may

1  file suit in the United States District Court for the district in which the applicant resides.  8

2  U.S.C. § 1447(b).  "Such court has jurisdiction over the matter and may either determine the

3  matter or remand the matter, with appropriate instructions, to the Service to determine the

4  matter." *Id.*

5          Plaintiff alleges he filed his application for naturalization with the USCIS California

6  Service Center on May 20, 2005, and that he had his naturalization interview with USCIS Officer

7  Ayran in San Jose, California on October 20, 2005.  Plaintiff further alleges a decision on his

8  application was not made within 120 days thereafter.  Plaintiff requests that this Court exercise

9  its authority to adjudicate the application or to remand to Defendants with instructions to process

10  the application immediately.

11          The Clerk of the Court shall serve a copy of Plaintiff's complaint and this Order on

12  counsel for Defendants.  Defendants are hereby ordered to SHOW CAUSE, in writing and within

13  sixty (60) days, why Plaintiff's request should not be granted.  Plaintiff may file a response

14  within twenty (20) days after receipt of Defendants' filing.  The matter thereafter will be taken

15  under submission without oral argument unless the parties otherwise are notified by the Court.

16

17          IT IS SO ORDERED.

18

19

20  DATED: October 12, 2007

21

22                                                    _____

23                                                    JEREMY FOGEL
                                                      United States District Judge

24

25

26

27

28

Case No. C 07-4959 JF (RS)
ORDER TO SHOW CAUSE
(JFEX1)

1

2

3  A Copy of the Order was mailed to:

4  Keyvan Djafarzadeh
   18444 Purdue Dr.
5  Saratoga, CA 95070

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-4959 JF (RS)
ORDER TO SHOW CAUSE
(JFEX1)