**\*\*E-filed 10/15/07\*\***

C-07-4959-JF

I, Teresa Fleishman, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.

That on October 15, 2007, I served true and correct copies of: the ORDER TO SHOW CAUSE and PETITION FOR NATURALIZATION PURSUANT TO 8 U.S.C. §1447(b) by placing said copies in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U. S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

**DATE 10/15/07**         Teresa Fleishman
                          Secretary to Judge Fogel

**Office of the Attorney General**
**455 Golden Gate Ave. Ste. 11000**
**San Francisco, CA 94102-3664**