1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 KEYVAN DJAFARZADEH,              )
                                    ) No. C 07-4959 JF (RS)
13             Petitioner,          )
                                    )
14       v.                         ) **STIPULATION TO DISMISS; AND**
                                    ) **[PROPOSED] ORDER**
15 FRANK SICILIANO, in his Official Capacity, )
   Field Office Director, U.S. Citizenship and )
16 Immigration Services, U.S. Department of )
   Homeland Security, San Jose, California, *et al.*, )
17                                  )
               Respondents.         )
18 _____ )

19     Petitioner, by and through his attorneys of record, and Respondents, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

21 above-entitled action without prejudice because the United States Citizenship and Immigration

22 Services agrees to approve Petitioner's application for naturalization within 30 days of the

23 dismissal of this action, provided the petitioner does not commit a disqualifying act in the interim.

24 The parties agree that the Court will have jurisdiction to enforce this order if necessary.

25     Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28 ///

Stipulation to Dismiss
C 07-4959 JF                                      1

| | | |
|---|---|---|
| 1 | Date: October 30, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

Date: October 30, 2007

/s/
MARC VAN DER HOUT
BETH FEINBERG
Attorneys for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C 07-4959 JF                                    2