**E-filed 11/2/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEYVAN DJAFARZADEH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> FRANK SICILIANO, in his Official Capacity, ) <br> Field Office Director, U.S. Citizenship and ) <br> Immigration Services, U.S. Department of ) <br> Homeland Security, San Jose, California, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | No. C 07-4959 JF (RS) <br><br> **STIPULATION TO DISMISS; AND** <br> **[PROPOSED] ORDER** |

    Petitioner, by and through his attorneys of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services agrees to approve Petitioner's application for naturalization within 30 days of the dismissal of this action, provided the petitioner does not commit a disqualifying act in the interim. The parties agree that the Court will have jurisdiction to enforce this order if necessary.

    Each of the parties shall bear their own costs and fees.

///

///

///

Stipulation to Dismiss
C 07-4959 JF                        1

| | |
|---|---|
| Date: October 30, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>/s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: October 30, 2007 | /s/<br>MARC VAN DER HOUT<br>BETH FEINBERG<br>Attorneys for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    11/2/07

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C 07-4959 JF                                      2